**Order entered June 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00326-CV

### MICHAEL A. RUFF, ET AL., Appellants

### V.

### SUZANN RUFF, MATTHEW D. RUFF, AND FROST BANK, IN ITS CAPACITY AS TRUSTEE OF THE RUFF MANAGEMENT TRUST, Appellees

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-02825-1**

## ORDER

By notice filed June 20, 2019, the Ruff Management Trust has informed the Court it has filed for relief under Chapter 11 of the United States Bankruptcy Code. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

/s/      BILL WHITEHILL
         JUSTICE